UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAT TERRY (#550371)

CIVIL ACTION

VERSUS

NO. 12-765-JJB-SCR

BURL CAIN, ET AL.

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 8, 2013 (doc. no. 3). The plaintiff has filed objections which the court has considered and finds that it lacks any merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED, without prejudice, for failure to exhaust state remedies.

Baton Rouge, Louisiana, this 20th day of February, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA